**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

Date:     5/25/05

Our case # : 04-6704, 04-7297, 04-7374, 04-7962, 04-8721, 04-8963, 04-8990, 04-9249, 04-9304, 04-9429, 04-10265, 05-72, 05-73, 05-74, 05-75, 05-76, 05-77 and 05-237

Dear Sir/Madam,

Enclosed is a certified copy of the civil docket sheet for the above referenced case that is being transferred to your district. The case file can be accessed through our CM/ECF System for the Southern District of New York. Please contact either Mr. Robert Gutierrez at (212) 805-0615 or Mrs. Tracy Rubino at (212) 805-0618 and they will furnish you with a CM/ECF Login and Password that will give you access to our Live CM/ECF database.

The enclosed copy of this letter is for your convenience in acknowledging receipt of these documents.

**Court policy for USDC-SDNY states that all ECF actions require only original, manual paper filings for the initiating documents. You may access our CM/ECF website for any additional documents that your court may require for processing. Certified copies of initiating documents (exhibits excluded) are provided if originals are missing from the court file.**

Yours truly,

J. Michael McMahon
Clerk of Court

Deputy Clerk

---

**RECEIPT IS ACKNOWLEDGED OF THE DOCUMENTS DESCRIBED HEREIN AND ASSIGNED CASE NUMBER:**

CASE #_____ ON DATE: _____

CASE TRANSFERRED OUT FORM

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

May 18, 2005

Mr. John Michael McMahon, Clerk
United States District Court
120 Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
New York, NY 10007-1312

IN RE: <u>MDL DOCKET No. 1629</u>   In Re: Neurontin Marketing and Sales Practices
USDC - Massachusetts <u>Lead</u> Case No. 1:04CV10739-PBS
Your Case: Civil Action Nos:

| | |
|---|---|
| 1:04-6704 Gary Lyman et al v. Pfizer, Inc. et al | District of MA No: 1:05cv11020 PBS |
| 1:04-7297 Minisquero, et al v. Pfizer, Inc. et al | District of MA No: 1:05cv11021 PBS |
| 1:04-7374 Nicole J. James v. Pfizer, Inc. et al | District of MA No: 1:05cv11022 PBS |
| 1:04-7962 Jay DiGiacomo v. Pfizer, Inc. et al | District of MA No: 1:05cv11023 PBS |
| 1:04-8721 Avrill C. Aronson et al v. Pfizer, Inc. et al | District of MA No: 1:05cv11024 PBS |
| 1:04-8963 Jay Dodson, et al v. Pfizer, Inc. et al | District of MA No: 1:05cv11025 PBS |
| 1:04-8990 Timothy P. Scott v. Pfizer, Inc. et al | District of MA No: 1:05cv11026 PBS |
| 1:04-9249 Dorothy Kern v. Pfizer, Inc. et al | District of MA No: 1:05cv11027 PBS |
| 1:04-9304 John Dees, et al v. Pfizer, Inc. et al | District of MA No: 1:05cv11028 PBS |
| 1:04-9429 Peter Veraas v. Pfizer, Inc. et al | District of MA No: 1:05cv11029 PBS |
| 1:04-10265 Theodore Populis, et al v. Pfizer, Inc. et al | District of MA No: 1:05cv11030 PBS |
| 1:05-72 Kathleen Wilson, et al v. Pfizer, Inc. et al | District of MA No: 1:05cv11031 PBS |
| 1:05-73 William Montgomery v. Pfizer, Inc. et al | District of MA No: 1:05cv11032 PBS |
| 1:05-74 Michael Mendoza v. Pfizer, Inc. et al | District of MA No: 1:05cv11033 PBS |
| 1:05-75 Johnnie Hargrove v. Pfizer, Inc. et al | District of MA No: 1:05cv11034 PBS |
| 1:05-76 Shanan Feyer, et al v. Pfizer, Inc. et al | District of MA No: 1:05cv11035 PBS |
| 1:05-~~76~~ Gregory Retzer v. Pfizer, Inc. et al | District of MA No: 1:05cv11036 PBS |
| ~~1:05-77~~ Sidney Brown, et al v. Pfizer, Inc. et al | District of MA No: 1:05cv11037 PBS |

*(handwritten: 05-77, 05-237)*

Dear Mr. McMahon:

Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Patti B. Saris.

In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records to the above address.

       Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9113, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at 617-748-9178.

                                                    Sincerely,

                                                    Kimberly M. Abaid
                                                  Deputy Clerk

Information Copy to:    Michael Beck, Clerk of the Panel
                              Counsel of Record
                              Robert Alba
                              Christine Patch

CLOSED, ECF, RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:04-cv-09249-JSR

Kern v. Pfizer Inc. et al
Assigned to: Judge Jed S. Rakoff
Related Case: 1:04-cv-06704-JSR
Case in other court: State Court-Supreme, 115146-04
Cause: 28:1441 Notice of Removal

Date Filed: 11/22/2004
Jury Demand: None
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Federal Question

**Plaintiff**

**Dorothy Kern**     represented by     **Andrew G. Finkelstein**
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550
914-562-0203
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eleanor Louise Polimeni**
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550
845-563-9421
Fax: 845-562-3492
Email: epolimeni@lawampm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**     represented by     **Erik March Zissu**
Davis Polk & Wardwell
450 Lexington Avenue

        New York, NY 10017
        (212) 450-4511
        Fax: 212 450-3511
        Email: zissu@dpw.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **James E. Murray**
        Davis Polk & Wardwell
        450 Lexington Ave.
        New York, NY 10017
        212 450-4000
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **James P. Rouhandeh**
        Davis Polk & Wardwell
        450 Lexington Avenue
        New York, NY 10017
        (212) 450-4000
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Parke-Davis** *a division of Warner-Lambert Company and Warner-Lambert Company LLC* | represented by | **Erik March Zissu** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **James E. Murray** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **James P. Rouhandeh** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Warner-Lambert Company** | represented by | **Erik March Zissu** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **James E. Murray** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **James P. Rouhandeh** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Warner-Lambert Company LLC,** | represented by | **Erik March Zissu** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **James E. Murray** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **James P. Rouhandeh** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/22/2004 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 115146-04. (Filing Fee $ 150.00, Receipt Number 527111).Document filed by Parke-Davis, Pfizer Inc., Warner-Lambert Company, Warner-Lambert Company LLC,.(jjm, ) Additional attachment(s) added on 11/24/2004 (jjm, ). (Entered: 11/23/2004) |

| | | |
|---|---|---|
| 11/22/2004 | | CASE REFERRED TO Judge Jed S. Rakoff as possibly related to 1:04-cv-6704. (jjm, ) (Entered: 11/23/2004) |
| 11/22/2004 | | Case Designated ECF. (jjm, ) (Entered: 11/23/2004) |
| 11/22/2004 | 2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Parke-Davis, Pfizer Inc., Warner-Lambert Company, Warner-Lambert Company LLC,.(jjm, ) Additional attachment(s) added on 11/24/2004 (jjm, ). (Entered: 11/23/2004) |
| 12/07/2004 | | CASE ACCEPTED AS RELATED TO 1:04-cv-6704. Notice of Assignment to follow. (jjm, ) (Entered: 01/03/2005) |
| 12/07/2004 | 3 | NOTICE OF CASE ASSIGNMENT to Judge Jed S. Rakoff. Judge Unassigned no longer assigned to the case. (jjm, ) Additional attachment(s) added on 2/23/2005 (jjm, ). (Entered: 01/03/2005) |
| 12/07/2004 | | Magistrate Judge Douglas F. Eaton is so designated. (jjm, ) (Entered: 01/03/2005) |
| 01/03/2005 | | Mailed notice with Rules 2 & 3 to the attorney(s) of record. (jjm, ) (Entered: 01/03/2005) |
| 02/11/2005 | 4 | NOTICE of Appearance by Eleanor Louise Polimeni on behalf of Dorothy Kern (Polimeni, Eleanor) (Entered: 02/11/2005) |
| 05/25/2005 | 5 | CERTIFIED TRUE COPY OF MDL ORDER FROM THE MDL PANEL LIFTING STAY OF CONDITIONAL TRANSFER ORDER... that the stay of the Panel conditional transfer order designated as CTO-6, filed on 4/13/5, is LIFTED and the action is transferred to the S.D.N.Y. for the coordinated or consolidated pretrial proceedings under 28 U.S.C. 1407 being conducted by the Honorable Patti B. Saris. (Signed by Judge MDL Panel on 5/11/5) (laq, ) (Entered: 05/26/2005) |
| 05/25/2005 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States District Court - District of Massachusettes. Sent original file along with documents numbered 3,5, certified copy of |

| | | |
|---|---|---|
| | | docket entries and transfer order. Mailed via Federal Express AIRBILL # 8434 1350 4862 on 5/26/5. (laq, ) (Entered: 05/26/2005) |

### PACER Service Center

#### Transaction Receipt

06/13/2005 10:25:45

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:04-cv-09249-JSR |
| Billable Pages: | 2 | Cost: | 0.16 |